Opinion by EVANS, J.  The protests were dismissed.

**No. 41758.**—Protest 954881–G/87930 of Trans-Seas Shipping Co. (Chicago).

Opinion by Keefe, J. From the evidence it was found that the various shapes of the articles in question are made from the same material as firebrick and used for the same purpose of resisting intense heat. In view of Abstracts 43299 and 43469 they were held more specifically provided for as firebrick than earthy or mineral substances. The claim under paragraph 201 (a) was therefore sustained.